UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                        Case No. 20-cr-20262
                        Hon. Matthew F. Leitman

AUSTIN JOSEPH LASH,

    Defendant.

_____/

**ORDER (1) GRANTING DEFENDANT'S MOTION TO VIEW EVIDENCE WITH HIS COUNSEL IN PRIVACY (ECF No. 21) AND (2) DENYING DEFENDANT'S MOTION FOR TO REVOKE OR AMEND DETENTION ORDER (ECF No. 19)**

On August 26, 2020, the Court held a hearing on Defendant's Motion to View Evidence with His Counsel in Private (ECF No. 21) and on Defendant's Motion to Revoke or Amend Detention Order (ECF No. 19). For the reasons stated on the record, IT IS HEREBY ORDERED THAT:

1.     The Motion to View the Evidence with Counsel in Private is GRANTED.  (Given that the Court has granted that motion, Defendant's alternate request for dismissal of the indictment is denied as moot.)

2.     The Motion to Revoke or Amend the Detention Order is DENIED.

    **IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  August 26, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
