<u>Index of Exhibits</u>

| <u>Exhibit</u> | <u>Descriptions</u> |
|---|---|
| A | State search warrant and affidavit (Filed Under Seal) |
| B | Email from the Michigan Supreme Court's regional administrator |